IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV – 3 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| RENATO GABALDON MUELA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:08-CV-0168 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison

disciplinary case and requesting monetary damages. On October 14, 2008, the United States Magistrate

Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a

writ of habeas corpus be denied as petitioner does not have a liberty interest in his good time as he is not

eligible for mandatory supervised release, and because petitioner's civil rights claims seeking monetary

damages are not cognizable in a habeas corpus proceeding. As of this date, petitioner has not filed

objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the

record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _____31st_____ day of ___October_____ 2008.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE